Julie A. Mersch (Bar No. 004695)
jam@merschlaw.com
LAW OFFICE OF JULIE A. MERSCH
701 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 387-5868
Facsimile: (702) 387-0109

Attorneys for Plaintiff
WILLIAM FINN

Anna Maria Martin (Bar No. 7079)
amartin@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
316 California Ave. #216
Reno, Nevada 89509

800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA (sued herein as, Claims Administrator for Creel Printing and Publishing Co., Inc. Long-Term Disability Plan)

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM FINN, <br><br> Plaintiff, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA, as Claims Administrator for Creel Printing and Publishing Co., Inc. Long-Term Disability Plan, <br><br> Defendant. | Case No. 2:18-cv-01232-GMN-VCF <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT (FIRST REQUEST)** <br><br> Judge: Gloria M. Navarro <br><br> Complaint Filed: July 5, 2018 |

1    WHEREAS, Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") was served with the Complaint in this action by Plaintiff WILLIAM FINN ("Plaintiff") on July 17, 2018, which was filed in the United States District Court, District of Nevada;

WHEREAS, the deadline for LINA to respond to the Complaint is presently August 16, 2018;

WHEREAS, LINA's counsel requires time to review and assess the file in order to prepare an adequate response to the Complaint;

WHEREAS, for good cause and pursuant to Local Rule IA 6-1, the parties wish to extend the time within which a responsive pleading to the Complaint must be filed and served by LINA by thirty (30) days, to September 15, 2018;

WHEREAS, this is the first stipulation for extension of time to file a responsive pleading to the Complaint;

IT IS HEREBY STIPULATED by and between Plaintiff and LINA, by and through their respective attorneys of record, that the time within which a responsive pleading to Plaintiff's Complaint must be filed and served by LINA is extended to September 15, 2018.

**IT IS SO STIPULATED.**

Dated: August 6, 2018      Julie A. Mersch
LAW OFFICE OF JULIE A. MERSCH


By:   */s/ Julie A. Mersch*
      Julie A. Mersch (Bar No. 004695)
      LAW OFFICE OF JULIE A. MERSCH
      701 S. 7th Street
      Las Vegas, NV 89101

**(Signatures continued on next page)**

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

165197.1

2

Case No. 2:18-cv-01232-GMN-VCF
STIP. AND [PROPOSED] ORDER FOR LINA TO
RESPOND TO COMPLAINT

Dated: August 6, 2018

MESERVE, MUMPER & HUGHES LLP
Anna Maria Martin

By: */s/ Anna Maria Martin*
Anna Maria Martin (NV Bar No. 7079)
MESERVE, MUMPER & HUGHES LLP
316 California Ave. #216
Reno, Nevada 89509

**IT IS SO ORDERED:**

_____
Cam Ferenbach
United States Magistrate Judge

DATED August 7, 2018