Julie A. Mersch (Bar No. 004695)
jam@merschlaw.com
LAW OFFICE OF JULIE A. MERSCH
701 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 387-5868
Facsimile: (702) 387-0109

Attorneys for Plaintiff
WILLIAM FINN

Anna Maria Martin (Bar No. 7079)
amartin@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
316 California Ave. #216
Reno, Nevada 89509
1000 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH
AMERICA (sued herein as, Claims Administrator
for Creel Printing and Publishing Co., Inc. Long-
Term Disability Plan)

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM FINN, | Case No. 2:18-cv-01232-GMN-VCF |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION AS TO ALL DEFENDANTS, WITH PREJUDICE; [PROPOSED] ORDER THEREON** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, as Claims Administrator for Creel Printing and Publishing Co., Inc. Long-Term Disability Plan, | Judge: Gloria M. Navarro |
| Defendant. | Complaint Filed: July 5, 2018 |

IT IS HEREBY STIPULATED, by and between Plaintiff WILLIAM FINN and

Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through

their respective attorneys of record, that this action shall be dismissed in its entirety

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees and costs.

The parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**


Dated:  January 24, 2019       Julie A. Mersch
LAW OFFICE OF JULIE A. MERSCH


By: */s/ Julie A. Mersch*
     Julie A. Mersch (Bar No. 004695)
     LAW OFFICE OF JULIE A. MERSCH
     701 S. 7th Street
     Las Vegas, NV 89101

Dated:  January 24, 2019       MESERVE, MUMPER & HUGHES LLP
Anna Maria Martin


By: */s/ Anna Maria Martin*
     Anna Maria Martin (NV Bar No. 7079)
     MESERVE, MUMPER & HUGHES LLP
     316 California Ave. #216
     Reno, Nevada 89509

### Filer's Attestation

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

### ORDER

**IT IS SO ORDERED.**

DATED this __28__ day of January, 2019.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

JT. STIPULATION TO DISMISS ENTIRE
ACTION AS TO ALL DEFENDANTS & ORDER
THEREON

2

Case No.  2:18-cv-01232-GMN-VCF